UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**KERRY L. BURKE,**
        Plaintiff,

vs.                                                            03-1324

**ROGER E. WALKER, et. al.,**
        **Defendants.**

ORDER

On December 18, 2003, the court advised the plaintiff that he must complete and submit USM 285 and Summons forms for the defendants by January 9, 2004. On February 17, 2004, in a minute entry, the court noted that the plaintiff had not submitted the completed forms. The court advised the plaintiff that if he fails to comply with the court's December 18, 2003 order, within fourteen days of the February 17, 2004 order, his case would be summarily dismissed. As of today, the plaintiff has not submitted the completed forms. As he has not complied with the court's previous orders, the court reasonably assumes that the plaintiff has lost an interest in pursuing his lawsuit.

**It is therefore ordered:**

1.      **IT IS THEREFORE ORDERED:**

1.    **The plaintiff's petition for leave to proceed *in forma pauperis* is denied, d/e 1.**
2.    **Pursuant to Fed. R. Civ. P. Rule 41(b), this plaintiff's lawsuit is dismissed in its entirety, without prejudice, for failure to litigate his lawsuit.   The case is terminated.**
3.    **The plaintiff must still pay the full docketing fee of $150.00 even though his case has been dismissed.**
4.    **The plaintiff is ordered to notify the clerk of the court of a change of address and phone number within seven days of such change.**

**Entered this 5th  day of December 2005.**

                                        s\Harold A. Baker
                        _____
                                        **HAROLD A. BAKER**
                                **UNITED STATES DISTRICT JUDGE**